1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
9

10   JUSTIN D. HORNE,                    )   Case No.: 5:21-cv-01697-AGR
                                         )
11            Plaintiff,                 )   {PROPOSED} ORDER AWARDING
                                         )   EQUAL ACCESS TO JUSTICE ACT
12       vs.                             )   ATTORNEY FEES AND EXPENSES
                                         )   PURSUANT TO 28 U.S.C. § 2412(d)
13   KILOLO KIJAKAZI,                    )   AND COSTS PURSUANT TO 28
     Acting Commissioner of Social       )   U.S.C. § 1920
14   Security,                           )
                                         )
15            Defendant                  )
                                         )
16   _____)

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $1,150.00 as

20   authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by

21   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22   DATE: February 2, 2022

23

24   THE HONORABLE ALICIA G. ROSENBERG
     UNITED STATES MAGISTRATE JUDGE
25

26

-1-

1   DATE: January 31, 2022        Respectfully submitted,

2

3                                 Law Offices of Lawrence D. Rohlfing Inc., CPC

4                                     /s/   *Brian C. Shapiro*

    BY: _____

5                                 Brian C. Shapiro
                                  Attorney for plaintiff Mr. Justin D. Horne

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26